## EDUARDO GUADALUPE *v.* COMMISSIONER OF CORRECTION

The petitioner Eduardo Guadalupe's petition for certification for appeal from the Appellate Court, 83 Conn. App. 180 (AC 24180), is denied.

*James M. Fox*, special public defender, in support of the petition.

*Mitchell S. Brody*, senior assistant state's attorney, in opposition.

Decided July 7, 2004

## STATE OF CONNECTICUT *v.* SHAWN SELLS

The defendant's petition for certification for appeal from the Appellate Court, 82 Conn. App. 332 (AC 23193), is denied.

*Louis S. Avitabile*, special public defender, in support of the petition.

*John A. East III*, senior assistant state's attorney, in opposition.

Decided July 13, 2004

## IVAN CEPEDA *v.* COMMISSIONER OF CORRECTION

The petitioner Ivan Cepeda's petition for certification for appeal from the Appellate Court, 82 Conn. App. 902 (AC 23754), is denied.

*Michael Stone*, special public defender, in support of the petition.

*Leon F. Dalbec, Jr.*, senior assistant state's attorney, in opposition.

Decided July 13, 2004